UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>DONALD A. KLASE<br>ANNA M. KLASE<br><br>Defendants | CIVIL NO. 18-03821 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Initial Procedural Order has been served by first class mail, postage pre-paid, upon the parties listed below on September 10, 2018.

DONALD A. KLASE
3742 Pricetown Road
Fleetwood, PA 19522

ANNA M. KLASE
3742 Pricetown Road
Fleetwood, PA 19522

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327