IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| DONALD A. KLASE, et al. | : | NO.:  18-cv-3821 |

O R D E R

AND NOW, this **26th** day of **NOVEMBER, 2018**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Joseph F. Leeson, Jr., to the calendar of the Honorable Chad F. Kenney.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court