<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br>    v.<br><br>DONALD A. KLASE<br>ANNA M. KLASE<br>                    Defendants | Civil Action No:  18-03821 |

<u>**SUGGESTION OF DEATH**</u>

It is respectfully suggested that Defendant, DONALD A. KLASE is deceased, having departed this life on January 2, 2017.  Accordingly, as Defendants owned the property which is the subject of this Action of Mortgage Foreclosure as tenants by the entireties, by operation of law, title vests solely in Defendant, ANNA M. KLASE.

Respectfully submitted,
KML Law Group, P.C.


By:  __/s/Rebecca A. Solarz, Esq.__
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327