## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

CIVIL NO. 18-03821

vs.

DONALD A. KLASE
ANNA M. KLASE

    Defendants

### ORDER

AND NOW, this 7TH day of DECEMBER, 2018, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted.

_____ J.
KENNEY