

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>DONALD A. KLASE, ANNA M. KLASE; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 18-03821<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, TERESA MINZOLA, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANNA M. KLASE the above process on the 5 day of December, 2018, at 5:22 o'clock, PM, at 3742 PRICETOWN ROAD FLEETWOOD, PA 19522, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _71-80_  Height _5'4_  Weight _135_  Race _WHITE_  Sex _FEMALE_  Hair _WHITE_
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_         ) SS:
County of _Berks_                  )

Before me, the undersigned notary public, this day, personally, appeared _Teresa Minzola_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-183790
Case ID #:5376010

Subscribed and sworn to before me
this _7_ day of _Dec_, 20_18_.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021