UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>ANNA M. KLASE<br><br>Defendant(s) | CIVIL NO. 18-03821 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(x)      Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )      Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )      Certified mail by Sheriff's Office.
( )      Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )      Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )      Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )      Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )      Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )      Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff



UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 18-03821

Sheriff's Sale Date: 4/4/2019

v.

ANNA M. KLASE; et al.
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANNA M. KLASE the above process on the 18 day of January, 2019, at 4:15 o'clock, PM, at 3742 PRICETOWN ROAD FLEETWOOD, PA 19522, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _71-80_  Height _5'5_  Weight _140_  Race _WHITE_  Sex _FEMALE_  Hair _BLONDE_
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of _PENNSYLVANIA_ ) SS:
County of _BERKS_ )

Before me, the undersigned notary public, this day, personally, appeared _JEFFREY CLOHESSY_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-183790
Case ID #:5412663

Subscribed and sworn to before me
this 24TH day of _JANUARY_, 2019.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Berkshire Center<br>5501 Perkiomen Avenue<br>Reading, PA 19606 | | | | | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF BERKS COUNTY<br>633 Court Street, 6th Floor<br>Reading, PA 19601 | | | | | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | Great Valley Savings Association<br>210 North Fifth Street<br>Reading, PA 19601 | | | | | | | | | | | |
| 6. | | TENANTS / OCCUPANTS<br>3742 Princetown Road<br>Fleetwood, PA 19522 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001403708 JAN. 22 2019
$ 001.95⁰

Total Number of Pieces Listed by Sender: 5
Total Number of Pieces Received at Post Office: 

Postmaster, Per (Name of receiving employee)

JAN 22 2019 CONTINENTAL STATION

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-183790   Berks County   Sale Date: 04/04/2019   NOS - Kim Bramble

ANNA M. KLASE

Print Your Documents                                                                 Page 1 of 1

*Kim B - USA*

USPS Manifest Mailing System                                                         Page   1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123<br><br>Sequence Number<br>8277-1 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5<br><br>Class of Mail<br>Mixed | | |
|---|---|---|---|---|---|---|
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969218126<br>9171999991703969218126 | KLASE, ANNA M.<br>3742 Pricetown Road<br>Fleetwood, PA 19522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703969218133<br>9171999991703969218133 | KOZAK, DELORIS L.<br>1689 Black Moshannon Road<br>Philipsburg, PA 16866 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703969218140<br>9171999991703969218140 | STRAWSER, JEFFREY E.<br>356 S Wayne Street<br>Apt 2<br>Lewistown, PA 17044 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703969218157<br>9171999991703969218157 | STRAWSER, JEFFREY E.<br>214 Ginger Lane f/k/a 125 Ginger Lane<br>Mifflintown, PA 17059 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 4<br>4 | | 2.82<br>2.82 | 19.40<br>19.40 | | | 22.22<br>22.22 |

USPS CERTIFICATION
Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)              Extra Service Codes:
                                      C     Certified
                                      ERR   Return Receipt



http://pbpc02/sendsuite%20live/projects/image.aspx?pd=1                              1/22/2019

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                Plaintiff<br><br>vs.<br><br>ANNA M. KLASE<br><br>                                Defendant(s) | CIVIL NO. 18-03821 |

### AFFIDAVIT PURSUANT TO RULE 3129

      The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      3742 Pricetown Road
      Fleetwood, PA 19522

1. Name and address of Owner(s) or Reputed Owner(s):

      ANNA M. KLASE
      3742 Pricetown Road
      Fleetwood, PA 19522

2. Name and address of Defendant(s) in the judgment:

      ANNA M. KLASE
      3742 Pricetown Road
      Fleetwood, PA 19522

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      Berkshire Center
      5501 Perkiomen Avenue
      Reading, PA 19606

      DOMESTIC RELATIONS OF BERKS COUNTY
      633 Court Street, 6th Floor
      Reading, PA 19601

      PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
      Health and Welfare Bldg. - Room 432
      P.O. Box 2675
      Harrisburg, PA 17105-2675

4. Name and address of the last recorded holder of every mortgage of record:

>Great Valley Savings Association
>210 North Fifth Street
>Reading, PA 19601

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>TENANTS / OCCUPANTS
>3742 Princetown Road
>Fleetwood, PA 19522

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: January 30, 2019

KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff