IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD A. KLASE, et al., | : | |
| *Defendants.* | : | NO. 18-3821 |

# ORDER

**AND NOW**, this 8th day of February, 2019, after review of the docket, the Suggestion of Death as to Donald A. Klase filed on 12/3/2018 (ECF No. 6) and the Judgment dated January 14, 2019 (ECF No. 14) entered in favor of Plaintiff and against Defendant, Anna M. Klase, it is hereby **ORDERED** that the Clerk of Court shall close the above-captioned matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE