**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 18-03821 |
| DEFENDANT | TYPE OF PROCESS |
| Anna M. Klase | US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anna M. Klase
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3742 Pricetown Road Fleetwood, PA 19522

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin: No. 66
District to Serve: No. 66
Signature of Authorized USMS Deputy or Clerk    Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 6.15.21   Time: 11:30 ☒ am ☐ pm

Address *(complete only if different than shown above)*
Signature of U S Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 390 | 200 x .56 = 112 | | $502.00 | | 112.00 |

REMARKS (100 miles RT X 2 days)

US Marshals Sale of premises known as 3742 Pricetown Road, Fleetwood, PA 19522. Sale was held at the Berks County Courthouse, 633 Court Street, Reading, PA 19601

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev 11/18



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 18-03821

I, **Daniel Donnelly**, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at **3742 Pricetown Rd, Fleetwood, PA 19522**

The public sale was held on **June 15, 2021**

and the highest bidder was **Lee, Seung Hee**

who bid the amount of $ **36,000**.

_____
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273

① $36,000



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** (Seung Hee Lee) SL House LLC

**ADDRESS:** 120 Hampton Dr
Mount Bethel PA 18343

**PHONE (DAY):** 949-525-8302
* 949-545-8017 Joseph Saad

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Seung Hee Lee

The above is precisely how the name(s) are to appear in the deed



② 



**U.S. Department of Justice**

*United States Marshals Service*

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Robert T Savory

ADDRESS: Po box 552

Oley Pa 19547

PHONE (DAY): 215 783 6721

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Stellar Homes LLC

The above is precisely how the name(s) are to appear in the deed

Expressed interested if #1 bidder defaulted
Bid $35,000.00



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Vicki M<sup>c</sup>Cleary

**ADDRESS:** 1135 Gravel Pike
Hereford, Pa

**PHONE (DAY):** 610-331-2226

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

---

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Cassandra Prime

ADDRESS: 2874 Derhammer Rd
Bath, PA 18014

PHONE (DAY): 631-626-6394

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Cassandra Prime

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Bamizako Anyamelune

**ADDRESS:** 80 Morristown RD #3B

Bernardsville NJ 07924

**PHONE (DAY):** 248-914-2469

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

NSA SOLUTIONS LLC

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

**NAME:** George Hawthorne

**ADDRESS:** 690 W Schwenkmill Rd
Perkasie

**PHONE (DAY):** 215-262-4138

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

George E. Hawthorne

The above is precisely how the name(s) are to appear in the deed