<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff<br>     v.<br>ANNA M. KLASE<br>          Defendant | Civil Action No: 18-03821 |

<u>**ORDER**</u>

AND NOW, this 31st day of August, 2021, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

<u>**ORDERED**</u>

1. That the public sale held on June 15, 2021 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Seung Hee Lee, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ANNA M. KLASE in and to the premises sold located at 3742 Pricetown Road, Fleetwood, PA 19522.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE