## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>ANNA M. KLASE<br><br>　　　　　　　Defendant | CIVIL NO. 18-03821 |

### ORDER

**AND NOW**, this 7th day of October, 2021, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment (ECF No. 14), providing for sale of the Property located at 3742 Pricetown Road Fleetwood, PA 19522 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property (ECF No. 22), **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

/s/ Chad F. Kenney

_____ J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff<br><br>    vs.<br><br>ANNA M. KLASE<br><br>                        Defendant | CIVIL NO. 18-03821 |

## A.  SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser Seung Hee Lee………….$36,000.00

Amount of cash received ............................................................. $36,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A46929 .................................................... $36,000.00